United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEB Y. HUSSAIN,<br>Plaintiff,<br>v.<br>GOOGLE LLC, et al.,<br>Defendants. | Case No. 26-cv-03660-KAW<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 5 |

On April 28, 2026, Plaintiff Mageb Y. Hussain filed the instant case against Defendants Google LLC, Uber Eats, Indeed, Inc., and Recruit Holding Co. (Compl., Dkt. No. 1.) Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP Application"). (Dkt. No. 2.)

On May 11, 2026, the Court denied Plaintiff's IFP application as inaccurate. (*See* Dkt. No. 5.) The Court ordered Plaintiff to either file a complete and accurate IFP application or pay the filing fee. (*Id.* at 2.) The Court warned: "Failure to file a complete and accurate IFP Application or pay the filing fee by **June 12, 2026** will result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed without prejudice." (*Id.*)

To date, Plaintiff has not filed an amended IFP application or paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **August 13, 2026**, why this case should not be dismissed for failure to prosecute by: (1) filing a complete and accurate IFP application or paying the filing fee, and (2) explaining why Plaintiff failed to comply with the Court's order. Failure to comply will result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute. The Court also

///

///

CONTINUES the July 28, 2026 case management conference to **November 10, 2026** at **1:30 p.m.**

IT IS SO ORDERED.

Dated: July 17, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California